UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 4 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ROBERT HEARD, )
)
    Plaintiff, )
)
v. ) Civil Action No. 19-1375 (UNA)
)
DEMOCRATIC PARTY, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). This complaint sets forth no actual legal claim. Rather, it reads as the plaintiff's observations and opinions about the conduct of politicians who oppose actions of the President of the United States. The Court, therefore, will dismiss the complaint without prejudice because it fails to comply with Rule 8(a).

An Order consistent with this Memorandum Opinion is issued separately.

DATE: May 22, 2019

                                                             /s/ Colleen Kollar-Kotelly
                                                             United States District Judge